IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| ARCHIE MARTIN BILYEU, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 06-1299-AC |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CITY OF PORTLAND, a municipal corporation, PORTLAND POLICE BUREAU, a municipal agency, MAYOR THOMAS POTTER, an individual, CHIEF DERRICK FOXWORTH, an individual and BRENDAN MCGUIRE, an individual, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Rankin Johnson
714 SW 20th Place
Portland, Oregon  97205

Benjamin Wright Haile
620 SW Main Street, Suite 616
Portland, Oregon  97205

    Attorneys for Plaintiff

Page 1 - ORDER

J. Scott Moede
City of Portland
City Attorney's Office
1221 SW Fourth Avenue, Suite 430
Portland, Oregon  97204

Robert S. Wagner
Miller & Wagner, LLP
2210 NW Flanders Street
Portland, Oregon  97210-3408

       Attorneys for Defendants

KING, Judge:

      The Honorable John V. Acosta, United States Magistrate Judge, filed an Order on Motion to Compel on October 8, 2008.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

      Accordingly, I ADOPT Magistrate Judge Acosta's Order on Motion to Compel (#45).  IT IS HEREBY ORDERED that defendant City of Portland's Motion to Compel (#39) is GRANTED in part and DENIED in part.  Plaintiff Archie Martin Bilyeu is directed to provide answers to Interrogatories 10 and 14 within 14 days of the date of this Order.  City of Portland's

request for an award of attorney fees in bringing its motion to compel is granted, and Bilyeu's attorneys of record are directed to pay $280.00 to the City of Portland within 21 days of this Order.

    Dated this   10th   day of November, 2008.

        /s/ Garr M. King
        Garr M. King
        United States District Judge

Page 3 - ORDER